GEORGE A. WERNER, as Administrator of the Estate of ANDREW WERNER, Deceased, Respondent, *v.* DEAN G. CRIPPEN et al., Appellants.

(Argued January 13, 1936; decided January 28, 1936.)

*Paul Folger, Harlan F. Calkins, Archibald E. Webster, Joseph E. Corcoran, Louis B. Shay* and *Paul B. Hanks* for appellants.

*George J. Skivington* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.